E-FILED
Monday, 26 October, 2015 11:39:20 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

*Dean, David*

)
)
Plaintiff )
)
)
vs. )
)
*Wexford Sources Inc* )
*medical physician Kyl B. Boal* )
*medical physician Rob* )
_____ )
_____ )
_____ )
_____ )
_____, )
)
Defendant(s) )

Case No. *15-1441*
*(The case number will be assigned by the clerk)*

OCT 26 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Dean, Davel_

Prison Identification Number: _K-#66232_

Current address: _Henry C. Hill Correctional Center_
_P.O. box 1700 Galesburg IL, 61401_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Wexford Sources Inc_

Current Job Title: _Health Care provider_

Current Work Address _Foster Plaza (2)_
_425 Holiday Dr Pittsburg, PA 15220_

Defendant #2:

Full Name: _Kul B. Sood_

Current Job Title: _Medical physician/Director_

Current Work Address _Henry C. Hill Correctional Center_
_P.O. box 1700 Galesburg IL, 61401_

Defendant #3:

Full Name: _Doctor Ritz_

2

Current Job Title: *Medical physician*

Current Work Address *FOSTER Plaza*
*425 Holiday Dr. PittBurg PA 15010*

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes  ☐        No  ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐        No  ☑

3

C. If your answer to B is yes, how many? _N/A_   Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
_N/A_ _____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes  ☑    No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes  ☑    No  ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes  ☑    No  ☐

4.    (continued)

☐    I have previously filed an Application to Proceed In Forma Pauperis in this
proceeding; however, my financial status has changed and I have attached an
amended Application to Proceed In Forma Pauperis to reflect my current financial
status.

5.    In further support of my motion, I declare that my highest level of education is (check
one):

☐ Grammar school only    ☑ Some high school   ☐ High School graduate

☐ Some college          ☐ College graduate   ☐ Post-graduate

6.    (Check only if applicable): ☑ In further support of my motion, I declare that my ability to
speak, write, and/or read English is limited, because English is not my primary language
or because (explain reason): *I need help litigating my civil pursuit*
*I'm incompetent and don't know law low educational skills*

7.    I declare under penalty of perjury that the foregoing is true and correct.

Date: _10/20/15_          _____
                          Movant's Signature

                          _____
                          Street Address

                          _____
                          City/State/Zip


**Failure to complete all items in this form may result in the denial of this motion.**

Copy

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Henry C. Hill Correctional Center

Date(s) of the occurrence 12-23-14

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) On 12/23/14 during the 7-3 shift and while attending outside recreation I suffered a serious injury to my right side shoulder area between my shoulder and upper pectoral muscle, while lifting weights

(2) While working out I felt and heard a loud pop between my right shoulder and pectoral muscle,

(3) I immediately experienced a great deal of unbearable pain

(4) I immediately got the attention of the Henry C. Hill Correctional Centers security staff and was sent directly to the health care unit where I was seen and treated by medical physician Kul B. Sood.

(5) I explained to Dr Kul B. Sood That something

5

had popped up-under my Right arm pit and between my Shoulder and upper Right pectoral Muscle.

(6) Dr. Seed examined my injury and Then provided me with an arm Sling as well as prescribe Some Ibuprofen for pain, I was Then Sent back To my assigned unit, but not before Telling Dr Kul B. Seed That I Couldn't Move my Right arm.

(7) That night I Couldn't Sleep due To The extreme pain That I was Experiencing

(8) on 12/20/14 during first Shift's Count I got The Attention of my assigned wing-officer Konze (Badge # unknown) I informed c/o Konze of my injury as well as The unbearable pain That I had been Experiencing Through The night I Told c/o Konze That I was badly bruised c/o Konze contacted The institutions death Care unit Where I was Sent for further medical Attention and again Seen by Dr. Kul B. Seed

(9) because I was Still in Some Serious pain Dr Seed Said That he will give me Some "Tylenol #3" for The pain and I would have To Stay in The infirmary date admitted 12/20/14

6

10) On 12/30/14 while in The infirmary Dr. Kul15. Sood Came into The Room To do a Check up on me, I Explained To Dr. Sood That I was Still in pain and Still badly bruised I also Told Dr. Sood That my Right arm was become Stiff, Dr. Sood Stated That The Stiffness was due To The muscle Re-attaching itSelf, Dr. Sood Then Told me That he's gonna Release me From The infirmary because he wouldn't be back until 1/5/15, I asked Dr. Sood Could I Stay Since I Couldn't move my arm and Still Experiencing pain, and I wanted an X-Ray To See what had Really happened

11) I did ask Dr. Sood what was The procedures for getting an M.R.I for my Right arm Dr. Sood Said an M.R.I wasn't needed because The muscle would Re-attach itSelf, Dr. Sood did State That he would Speak to a Dr, R.te I was Released from The Henry C. Hill infirmary on 12/30/14 and given Tylenol#3 and Ibuprofen for pain.

12) despite The pain and Seriousness of my injury To my Right pectoral muscle Dr. Sood Released me back

Into The Institutions population as well as gave me a medical Special Service Referral denial Revision See Exhibit (E) in which Dr. Kul B. Sood Stated That I Requested to be Released back into The Institutions population, Dr. Sood "lied," I was still experiencing some Serious pain and couldn't move my Right arm.

(13) On 1-6-15 Dr. Kul B. Sood Called me over to The Henry C. Hill C.C.'s Health Care unit for a Check up, Dr. Sood Stated That he did Speak with Dr. Rife who Told Dr. Sood That I only need The arm Sling for only (2) weeks.

(14) I Filed Grievance See Exhibit #() of Hunter's Grievance, Dated 1-12-15, attached.

(15) I had To Explain To Dr. Sood That I am Continuously Experiencing pain in my pectoral Muscle and Right arm Dr. Sood allowed me to Keep The arm Sling for (2) more weeks as well as gave me more Tylenol to pacify The unbearable pain that I was experiencing

(16) On 2-23-15 I was again Seen by medical physician, Kul B. Sood. Concerning The injury to my Right arm and pectoral muscle Dr. Sood

8

Explained to me that my pectoral muscle will Re-attach and heal on its own Just give it some time Dr. Sood Also prescribed for me pain medication "Motrin" I Received "800 mg Ibuprofen" Generic for "Motrin"

(17) On 4-7-15 I was once again Seen by medical physician Kul B. Sood Concerning my blood pressure and Right arm and pectoral muscle due to the persistent pain that I Continued to experience due to my injury I was prescribed for pain (325 mg Tylenol) and Told by Dr. Sood That he's not gonna Continue to give me Ibuprofen due to long term effects to my liver Explained to Dr. Sood That the pain meds hasn't been helping or Stopping my pain.

(18) I followed Dr. Sood's directive I Continued to Try and bear the pain and allow my pectoral Muscle to heal, but the pain meds wasn't working and I Started to experience a loss of Circulation in my Right arm and pectoral muscle on the Right side of my Chest, I Seen Dr. Sood for other medical Concerns "asthma", I brought my pectoral muscle Concerns To Dr. Sood's Attention, but was told by Dr. Sood Again To give it some more time to heal

9

(19) due To The Continuous pain and loss of Circulation To my Right Arm and pectoral muscle Which has become unbearable I Submitted a medical request in Which I was Seen on August 9, 2015 And Told by Nurse That I wouldn't be Seen by Dr. Bead until 9/21/15 See Exhibits (J) (K) and (L) offender outpatient progress notes I was given pain pills again 325mg Tylenol To Temporarily pacify The pain but I Was Still Experiencing pain and Some Serious Numbness and Wasn't being Seen by The Institutions medical physician Therefore my Serious medical needs is not being met

(20) on 9/15/15 I was once again Seen by medical physician Ku. B. Bead Who prescribed for me 800mg Ibuprofen and renal gesic being a muscular pain Reliever See Exhibit (M) also See Exhibit (O) Dated 9/21/15 I was prescribed 325mg Tylenol To only pacify The pain Temporarily I'm Seeking a Cure and not a Continue use of pain medication with Long Term effects

RELIEF REQUESTED

(State what relief you want from the court.)

Plaintiff Request for Compensatory damages in The
Amount of $400,000 Thousand dollars against
each Medical physician in Their individual
Capicity for pain and Suffuring Second I Request
for punitive damages in The Amount of 100,000
Thousand dollars and for The defendants herein
Mention Violating his fourteenth Amendment U.S.
Constitutional rights as is prisoner of The Illinois
department of Corrections

JURY DEMAND        Yes  ☑        No  ☐

Signed this ___22___ day of ___October 20___ , 20 _15_ .

_Davel Dean_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Dean Davel | 15 # - 66232 |
| Address: Denvy C. Hill C. C.<br>P.O. box 1700<br>Galesburg IL. 61401 | Telephone Number:<br>1-309-343-4212 |

Non
Emergency

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1/12/15 | Offender: (Please Print) DAVEL DEAN | ID#: K-66232 |
|---|---|---|

| Present Facility: Hill C.C. | Facility where grievance issue occurred: Hill C.C. |
|---|---|

**NATURE OF GRIEVANCE:** 1/15/18 pm

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Disciplinary Report: ___/___/___
  Date of Report
- [ ] Other (specify): _____

Facility where issued

Note:  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This grievance comes forveth due to the denial of adequate medical attention And Adequate medical treatment on the behalf. The denial of such medical attention and medical treatment violates my eighth amendment right to medical care. The following is the corroct timeline that details the denial of stated medical attention and treatment:

On 12/23/14 during the 1st shift while lifting weight on the yard I suffered a serious injury on my right side shulder and upper pectoral muscle. As I worked out I experienced a

**Relief Requested:** Appropriate Medical Treatment

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Davel Dean _____ K-66232 _____ 1/12/15
Offender's Signature       ID#       Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 1/15/15

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per H.C.U. Chief "You were seen by Dr. o. 1/26/15 & Given Motrin for 3 days".

J. Trion (cr) _____ _____ 1/21/15
Print Counselor's Name       Counselor's Signature       Date of Response

---

**EMERGENCY REVIEW**

Date Received: 1/13/15

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [✓] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ 1/13/15
Chief Administrative Officer's Signature       Date

Distribution: Master File; Offender

Page 1

Exhibit
page 1 of 3

Exhibit
page 2 of 3

very serious pain after I heard a loud pop from this area. I quickly got the attention of the prison guards whom opened the yard gates as I walked to the infirmary. In the infirmary I was attended to by Dr. Sood. I told Sood that something had popped under my right arm pit between my shoulder and upper right pectorial. Dr. Sood examined my injury, provided me with an arm sling and prescribe me with some ibeprofen pain pills. Sood then sent me back to my living unit after I told him I couldn't move my arm. That night I couldn't sleep because of the extreme pain.

On 12/24/14 at the start of the 1st shift during count check I spoke with C/O Range whom worked my wing and unit. I told Range that I was was experiencing extreme pain and that my arm was badly bruised. Range called the infirmary and sent me there for further medical attention. Dr. Sood attended to my injury again. Sood told that "if I was still in pain he would give me some tylenol 3's for the pain but that I would have to stay in the infirmary. After I agreed to stay, I asked Sood what was the procedure for getting an M.R.I for my arm. Sood said an M.R.I wasn't needed because the muscle would re-attach itself. Sood further stated that he would speak to a Dr. Ritz. I stayed in the infirmary from 12/24/14 to 12/30/14 and was given both tylenol 3's as well as Ibeprofen for pain.

On 12/30/14 while in the infirmary Dr. Sood came to my room to do a check up. I told Sood I was still in pain and still badly bruised. I also told Sood my arm had become stiff. Sood said the stiffness was due to the muscle re-attaching itself. Sood then told me he'll release me from the infirmary because he wouldn't be back until Jan 5th, 2015. I asked Sood if I could stay since I couldn't move my arm and still experienced pain as well as for an X-Ray to see what had really happened. Instead Dr. Sood sent me back to my living unit despite the seriousness of my injury. However Dr. Sood provide me with a medical special service referral denial or revision sheet, on which he lied stating that I requested to be placed back in the prison population (see exhibit # 1 attached).

On 1/6/15 Sood called me for a check up. Sood stated that he had spoken to Dr. Ritz and that I only needed the sling for 2 weeks. After explaining to Sood about my continued pain

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Seed allowed me to keep the sling for 2 more weeks and gave me more Zbeprofens. Seed stated that he would see me in 2 more weeks.

Exhibit
page 3 of 3

Distribution: Master File; Offender

DOC 0046 (8/2012)

*1A79*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Medical Special Service Referral Denial or Revision

Offender's Name:  Dean, Davel                    Number:  K66232

Referral Date:  12/30/14

Initial Proposed Course of Action:  No Request submitted- CDO between Dr. Ritz and Dr. Sood regarding patient w/ recent pectoralis injury. Patient was given sling and placed in Infirmary and now patient wants sling D/C'd and to be D/C'd from Infirmary.

Alternative Care Recommended:  Per discussion, please perform onsite x-ray-If this is okay, send back to population. If not, bring back to Collegial as needed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

_____Kul B. Sood_____          _____          __1/7/15.__
Print Facility Medical Director's Name     Facility Medical Director's Signature     Date

Distribution:  Offender, Offender's Medical File, and
Heath Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

DEC 23 / DEC 24 / DEC 30 / JAN 6

*Exhibit 3*

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** January 22, 2015     **Date of Review:** January 22, 2015     **Grievance #** (optional): 15-0824

**Offender:** Dean, Davel                                                    **ID#:** K66232

**Nature of Grievance:** Medical: treatment

**Facts Reviewed:** The grievance is dated 1/12/15. Offender Dean grieves that his medical care has been improper and inadequate. He states that this violates his Constitutional rights. He states that, on 12/23/14, he injured his right shoulder while lifting weights on the yard. He states that he heard a loud pop in that area and experienced serious pain. He states that he was sent directly from the yard to the HCU, where he saw Dr. Sood and told him what happened. He states that Dr. Sood examined him, gave him an arm sling, and prescribed ibuprofen. He states that he was sent back to his cell, even after he told Dr. Sood that he couldn't move him arm. He states that he didn't sleep all that night because of the pain. He states that, on 12/24/14, C.O. Range sent him back to HCU, where he saw Dr. Sood again and was told that he would be given Tylenol 3 and placed in the Infirmary. He states that he asked Dr. Sood about getting an MRI, and Dr. Sood stated that an MRI wasn't needed because the muscle would re-attach itself. He states that Dr. Sood also stated that he would speak to a Dr. Ritz. He states that he was in the Infirmary from 12/24/14 until 12/30/14, and received both ibuprofen and Tylenol 3. He states that Dr. Sood came to his Infirmary room on 12/30/14, and he told Dr. Sood that he was still in pain and badly bruised, and also that his arm was stiff. He states that Dr. Sood replied that the stiffness was due to the muscle re-attaching itself, and that he was being released from the Infirmary, because Dr. Sood was going to be away until 1/5/15. He states that he asked Dr. Sood if he could stay in the Infirmary, and if he could get an x-ray, but DR. Sood sent him back to general population, and gave him a medical special service referral sheet, on which Dr. Sood lied by stating that he (the grievant) requested to be back in general population. He states that this document is attached to the grievance, but there are no attachments to the grievance. He states that Dr. Sood called him to HCU on 1/6/15 for a check-up, and said that he had spoken to Dr. Ritz and that the grievant only needed the sling for two weeks. He states that he explained to Dr. Sood that he was continuing to have pain, and Dr. Sood allowed him to keep the sling for two more weeks, and issued him more ibuprofen. He states that Dr. Sood stated that he would be seen again in two weeks. As relief, he requests appropriate medical treatment.

Counselor Friend responded on 1/21/15, stating that HCU records indicate that the grievant was seen by the doctor on 1/20/15 and issued a 30 day supply of Motrin (ibuprofen).

The grievant is scheduled to return to the HCU for treatment on 1/23/15.

**Recommendation:** Based on a review of all available information, it is the recommendation of this reviewing officer that the grievance be DENIED. It appears that the grievant's medical concerns are being appropriately addressed.

Steve Gans, C C 2
_____
Print Grievance Officer's Name                                    Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 1-23-15     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature                                    1-23-15
                                                                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Davel Dean                    K66232          1/26/15
_____         _____         _____
Offender's Signature              ID#             Date

*Exhibit 4*



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Dean, Darrel_   Date: _7/9/15_

Register # _K66232_

Facility: _Hill CC_

This is in response to your grievance received on _2/2/15_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _1/12/15_ Grievance Number: _15-0824_ Griev Loc: _Hill_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

✗ Other _Medical - Treatment for right_

Based on a review of all available information, this office has determined your grievance to be: _Shoulder injury_

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by
   _____

○ Denied, in accordance with DR504F, this is an administrative decision.

✗ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

✗ Other: _Per HCU, the sling issued to Offender has been returned. Offender had a clinic appointment on 7/7/15 and voiced no complaints_

FOR THE BOARD: _Leslie McCarty_
Leslie McCarty
Administrative Review Board

CONCURRED: _Gladyse Taylor_
Gladyse C. Taylor
Acting Director
_7/15/15_

CC:   Warden, _Hill_ Correctional Center
_Dean, Darrel_, Register No. _K66232_

*Exhibits (A) 18 (I)*    (A)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Henry Hill Correctional _____ Center

**Non-Specific Discomfort**

Offender Information:

Last Name: *Dean*    First Name: *Dabel*    MI: ____    ID#: *K66232*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/23/14  12:40 P | S) - Any Allergies  *NKA* | P) (MD Referral)  *Today* |
|  | - Location of pain / discomfort  *(Rt) pectoris* | - Patient presents more than twice at NSC for c/o same discomfort within one month |
|  | - Describe pain  (Stabbing)  Throbbing  (Constant)  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
|  | - Have you had this pain before and how was it treated  *No* | - Patient has abnormal vital signs |
|  | - Rate pain level scale of 1 – 10 = *10*  *S/R " 330 lb Weight fellon* | |
|  | - Duration of pain  *Just happened   chest when I felt pain & heard Pap "* | No MD referral |
|  | O)  $98^2$ T  $54$ P  $18$ R  BP $\frac{132}{64}$  WT $294$ | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
|  | - Signs of obvious discomfort = *Pale, heavy perspiration, moaning & pain* | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
|  | *Holding arm up to chest* | **Patient Teaching** |
|  | - Observations related to body part affected  *Shaking on extension of* | - Return to see provider if symptoms worsen or interfere with daily functioning |
|  | *(Rt) arm - pulse 60 - R -14* | |
|  | *No Signs of trauma* | |
|  | *or deformity.* | |
|  | | Nurse Signature  *K Purcell LPN* |
|  | A) Non-Specific Discomfort | Payment voucher    YES    (NO)  *Code 3* |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Henry Hill Correctional** _____ Center

( 3 )

| Offender Information: | | |
|---|---|---|
| Dean | Daniel | ID#: K66232 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/23/14 1pm | MDSC: | |
| | #294  982  54-18  $\frac{132}{64}$ | K Purcell LPN |
| | (R) Pectoral Injury | |
| | mn Wolf | |
| | S— This pt seen for injury | (1) Adv Avoid lifting weight |
| | c/o while lifting weight | for 60 days |
| | heard pop on the (R) Chest | then slowly increase body |
| | O   A few 3in arm | motion down up in arm |
| | | × 2 weeks |
| | P/E — chest App | F/u after 2 weeks |
| | | will discuss in Collegial |
| | | |
| | ROM (R) arm NL | |
| | Cs Sflex NL | |

Kul B. Sood, MD
Medical Director

Noted 12-23-14

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

# ILLINOIS DEPARTMENT OF CORRECTIONS

## Hill Correctional Center

### Offender Outpatient Progress Notes

(C)

Offender Information:

_Olean_                    _Dewel_                    ID#: K66232
Last Name                  First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12-24-14 8:10 A | RN Note — I/M spoke ē Dr Sood in hall. Per Dr Sood I/M is to be housed in infirmary. May keep sling. | V.O. Dr Sood /Miller PA |
| 12/26/14 3:35 P | RN Note Entered room and found offender @ sink s̄ sling in place. Informed/Instructed offender to keep sling in place as ordered. Offender complied c̄ request & put the sling on. | Miller |
| 12/28/14 3P | RN note Inmate no c/o this shift up c̄ sling gait steady A-I ē/Vss | Cont ē orders per Dr Sood ____ |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

(D)

Offender Information:

| | | |
|---|---|---|
| _Dean_ | _Davell_ | ID#: _K66232_ |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | _Dr DO Note_ | _Can be Dc to PD_ |
| 12/31/14 11:40 /n | _This pt discussed in_ _Colleagal c Dr Ritz_ _re Rotator Cuoble tear_ _while lifting weight_ | ① _Adv X-ray of_ ② _Shoulder & continue_ _Sling for 1 wk then_ _exercise_ _L B 3 x day_ _[signature]_ _12/31/14_ |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Henry Hill Correctional Center

(E)

| Offender Information: | | |
|---|---|---|
| Dean | Davel | ID#: V66232 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12·30·14 1145A | Radiology Note (R) shoulder complete | Q. Fowler RT(R) |
| 12·30·14 520P | RN note Inmate discharge to R1279 his passing ill. States he was in low bunk —DClark RN | |
| 1-2-15 11⁵⁵/A | RN note (A) clinic completed @ this time.———— | J Jackanicz |
| 1/6/15 3³⁰P | M.D. VISIT WT 307  BP 160/100 P 97  R 59  R 16 F/U rec injury S— This Pt seen for R/u (D) Rectal injury c/o small hemi pain | ) |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

(F)

ONE RADIOLOGY
Normal, IL 61761
Date: December 31, 2014

PATIENT:  Dean, Davel
ID#:  K66232
DOB: 2/27/79
Ordered by:  Dr. Sood
Hill Correctional Center

RIGHT SHOULDER COMPLETE          12/30/2014

HISTORY: Pain.

FINDINGS:
There is a high riding humerus and mild osteoarthritis of the AC joint. These findings may be associated
with rotator cuff impingement syndrome.  No acute bony fracture is seen.

Signed_____
                        N.  Yousuf, M.D.

NY:eg
DIC: 12/31/2014
Films from Hill Correctional Center

DATE:_____
TIME REC:_____
INITIAL DATE:_____

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Henry Hill Correctional Center

(G)

Offender Information:

| Dean | Davel | | ID#: K16232 |
|------|-------|---|------|
| Last Name | First Name | Mi | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | | |
| | | |
| | | |
| 1/20/15 | M.D. VISIT | Dr. Kul B. Sood, MD |
| | WT 30   BP 142/93 | Medical Director |
| | T 97³   P 62   R 18 | |
| | F/U BP | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

*HHC* Center

(H)

| Offender Information: |
| --- |
| **Dean** Last Name  **Davel** First Name  MI  ID#: K66232 |

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| | MANDATORY PPD<br>Date/Time Given  Site  2-7-15  LFA  9A<br>Lot # C4585AA  Exp Date 11-18-16<br>Signed  *(illegible)*<br>Date/Time Read  2/9/15  0800<br>Results  0 mm<br>Signed  Purcell LPN | |
| 2/15/15<br>4:30P | Lpn note<br><br>Arm Sling returned — | M. Smith *(illegible)* |
| 2/23/15<br>8:30 am | M.D. VISIT<br>HT 5'03½"  B/P 142/90<br>T 97.3  P 72  R 16<br>f/u BP + *(illegible)* ® shoulder pain | *(signature illegible)* |
| | M D Note<br>S — *(illegible)*<br>A. BP, & c/o ®<br>shoulder pain getting<br>better, now + then<br>better<br><br>o  A  *(illegible)* 3 in arm<br>*(illegible)* | *(illegible)* |

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_MHC_ _____ Center

(I)

| Offender Information: | | |
|---|---|---|
| _Dean_ | _Davel_ | ID#: K66232 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/23/10 10:00 Am | _[illegible handwritten clinical notes]_ | ① Tab Motrin 800 _i po day_ prn x 3 wks |
| | ① Shoulder Pain | — Analgesic Balm dsp |
| | | # 1 tub 6 wks |
| | _[illegible]_ BP _[illegible]_ | |
| | ① Shoulder Pain | _[illegible]_ |
| | | Dr. Kul B. Sood, MD Medical Director |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Hill _____ **Center**

**Offender Information:**

| | | |
|---|---|---|
| Dean | Darrel | ID#: K60232 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-4-15 9:00A | Puln - LS clear all fields Bilat (1 SOB) wheeze (1) c/u Asthma | [signature] Nailed 3-4-15 8:00 |
| 4/7/15 8:45/A | **M.D. VISIT** WT 204 B.P. 132/96 T 97° P 50 R 16 F/U BP VS Dr n Nicle ... | |

*[remainder of note handwritten and illegible]*

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

| Offender Information: | | | |
|---|---|---|---|
| *Dean* | *Davel* | | ID#: *K66232* |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/7/15 8:07 AM | Read flow sheet _____ _____ from 04-01 _____ _____ _____ _____ _____ Ⓓ ℞ - BP, - Ⓝ Chest pain | ① ✓ BP x 2 x4weeks /wk — Tylenol ℞ ⅲ p. ns pain x 3 weeks ℞ after 4 weeks noted 4-7-15 J. Landau _____ Dr. Rui B. Sood, MD Medical Director |
| 5-7-15 8:30 AM | M.D. VISIT 122/62 M 303 T 98.6 P 58 R 10 30 dy S/u BIP's _____ This pt seen for ℞ BP, doing any problem, except say Ⓓ felt dizzy yesterday Ⓓ A Sin 3gn ns _____ | Chewell PN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Hill C. C. _____ Center

Offender Information:

Last Name: Dow    First Name: David    MI: ___    ID#: K-66232

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/7/15 | h [illegible] supp | ① [illegible] adv & consult ✓ |
| dino/ A | [illegible] Ch Mtd or Dr Str | ✓ BP x 2  x 3 [illegible] ✓ sheet made |
| | ⊕ B_ BP. Normotens | the P_ ✓ 8/17/15 noted [illegible] 5/17/15 |
| 5-26-15 3:05 p | OPTOMETRY NOTE SEE IDOC 0081 | noted 5/26/15 |
| 5/27/15 9:35 am | CPN Note Call placed to Kehoe Eye Care to verify end date of Zaditor opth gtts | Will return call [signature] |
| 6/30/15 12:30 p | Medical Records Note - c/M signed authorization & recieved copies requested. | J Bowling SA |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Hill _____ Center

| Offender Information: |
| Dean          Davel                    ID#: K606232 |
| Last Name        First Name        MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/7/15 | LPN note. | |
| 0925 | asthma clinic | K Purcell LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Exhibit J*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Henry Hill Correctional Center

**Non-Specific Discomfort**

| Offender Information: | | |
|---|---|---|
| Daan | Pavel | ID#: U06232 |
| Last Name | First Name | MI |

| Date/Time | **S**ubjective, **O**bjective, **A**ssessment | Plans |
|---|---|---|
| 08/09/15 12:55 pm | S) - Any Allergies  NKA | P)  MD Referral  Not scheduled 8/18/15 Rescheld to 9/2 |
| | - Location of pain / discomfort  R pectoral muscle/Chest | ~~- Patient presents more than twice at NSC for c/o same discomfort within one month~~ |
| | - Describe pain  (Stabbing)  Throbbing  (Constant)  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  Yes, Bengay and antibiotics, didn't help | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  9 | ongoing issue ILM in the past affecting him, pain medication not really helping |
| | - Duration of pain  hours (1-3 hours/day) | No MD referral |
| | O)  T 99  P 82  R 18  BP 134/82  WT 2 96.3 lb | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  Irritation and mild distress when raising R arm + pectoral area. Site shows no swelling or redness. | ✓ Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching** |
| | - Observations related to body part affected  Trouble c raising R/LA  extremity in complete ROM. States it hurts and does not want to raise extremity  due to pain. ILM is able to use R/LA and stretch extremity | ✓ Return to see provider if symptoms worsen or interfere with daily functioning  - Take medication as provided  - Return to NSC if symptoms worsen or medication does not help. |
| | | Nurse Signature  [signature] |
| | A) Non-Specific Discomfort | Payment voucher  YES  (NO) |

ILLINOIS DEPARTMENT OF CORRECTIONS

*Exhibit K*

## Offender Outpatient Progress Notes

_____ Henry Hill Correctional _____ Center

**Non-Specific
Discomfort**

| Offender Information: |
|---|
| *Dean*      *David*      ID#: *K66232* |
| Last Name        First Name      MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-16-15 | **S)** - Any Allergies  *NKA* | **P)** MD Referral  *already sched* 9/2/15 |
| 2p | - Location of pain / discomfort  (R) *ectoral muscle,* chest | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  (Stabbing)  Throbbing  (Constant)  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  *be gay et antibiotics* | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  "9" | |
| | - Duration of pain  *2-3 hrs a day* | **No MD referral** |
| | **O)** T 98.4  P 76  R 18  BP 130/82  WT 297.4 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort | X Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) *Refilled til seen by MD* |
| | | **Patient Teaching** |
| | - Observations related to body part affected  *States his* (R) *pec muscle hurts still, needs pain meds til seen.* | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | | Nurse Signature  *Bairedee* |
| | **A)** Non-Specific Discomfort | Payment voucher   YES   (NO) |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

*Exhibit C*

_____ Henry Hill Correctional _____ Center

Offender Information:

*Dean* _____ *Davel* _____ ID#: *K66232*
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-18-15 1:15 ᴘ | OPTOMETRY NOTE SEE IDOC 0081 *mds.9* Anthony Carter, OD | *new 8/18/15* |
| 8-25-15 1:40ᴘ | RN note Inmate requesting pain meds for ℞ pectoral pain. Has appt c̄ Dr. Sood on 9/21/15. Protocol Tylenol 325mg given @ this time. This nurse will speak to MD about longer term pain meds till seen. ___ *Hankinson* | |

*Exhibit (M)*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

| Offender Information: | | | |
|---|---|---|---|
| Dean | Dave | | ID#: K66232 |
| Last Name | First Name | MI | |

| Date/Time | Subjective Objective Assessment | Plans |
|---|---|---|
| 9.15.15 1244PM | M.D. VISIT 296 130/88 97.5 61 16 Flu BPV's | 98% RA |

Distribution: Offender's Medical Record

Dr. Kul B. Sood, MD
Medical Director

noted 9-15-15

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

*Exhibit (O)*

_____ Center

Offender Information:

| | | |
|---|---|---|
| Last Name | First Name | MI |

ID#: K66232

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/21/15 3:00 pm | M.D. VISIT 138/84 WT 297 P 52 R 12 | |

@ chest, pectral pain

O A

JAVEU JEAN K-66330
Hill C.C
P.O. Box 1700
Galesburg IL. 61401

PEORIA Division
100 N.E. Monroe St. Room 309
PEORIA, IL 61603

This
CORRESPONDENCE
IS FROM AN INMATE
IN THE ILLINOIS
DEPARTMENT OF
CORRECTIONS